IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
AUG 1 2 2021
Clerk, U.S. District Court
Texas Eastern

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:21CR 243 |
| | § | Judge Mazzant |
| SHERMAN PARKER | § | |

### INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 922(o)
(Possession of a Machine Gun)

On or about July 18, 2021, within the Eastern District of Texas, **SHERMAN PARKER,** defendant, did knowingly possess a firearm as defined under Title 26, United States Code, Section 5845(b), namely a Glock, Model 27, with Glock Switch, .40 Caliber pistol machinegun, serial number BCEM008.

In violation of 18 U.S.C.§ 922(o).

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. 2461, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

   a. **Glock, Model 27, with Glock Switch, .40 Caliber pistol machinegun, serial number BCEM008; and**

    b. Any ammunition related to the case.

A TRUE BILL

_____
GRAND JURY FOREPERSON

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____       8-12-21
TRACEY M. BATSON                        Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:21CR_____ Judge |
| SHERMAN PARKER | § | |

## NOTICE OF PENALTY

### Count One

Violation:   18 U.S.C. § 922(o)

Penalty:   Imprisonment for a term of not more than ten years; a fine not to exceed $250,000.00; or both; and supervised release of not more than three years.

Special Assessment:   $100.00

NOTICE OF PENALTY – Solo Page
Sherman Parker