

JAN 25 2022

Clerk, U.S. District Court
Texas Eastern

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:21CR243 |
| | § | Judge Mazzant |
| SHERMAN PARKER | § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **Sherman Parker ("Parker")**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Phillip A. Linder**, that this factual basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. On July 18, 2021, Officers with the Frisco Police Department stopped a vehicle for a traffic violation. The stop occurred in the Eastern District of Texas.

2. The driver of the vehicle was identified as Sherman Parker. Officers smelled marijuana emitting from the vehicle and observed marijuana on the center console. A probable cause search was conducted.

3. Officers located a Glock, Model 27, with Glock Switch, .40 Caliber pistol machinegun, serial number BCEM008 underneath the driver's seat. The

Glock Switch converted the firearm from a semi-automatic weapon to a fully automatic weapon.

4. I, **Sherman Parker**, knowingly possessed the machinegun described above.

5. The firearm described above falls within the definition of "firearm" as found in 18 U.S.C. § 921(a)(3)(A).

6. The firearm described above was not manufactured in the State of Texas and had traveled in interstate commerce.

**DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT**

I have read this factual basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 18 U.S.C. § 922(o).

Dated: 20 Jan 2022

_____
SHERMAN PARKER
Defendant

**DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT**

I have read this factual basis and have reviewed it with my client, **Sherman Parker**. Based upon my discussions with my client, I am satisfied that he understands the factual basis.

Dated: 1 · 20 · 22

_____
PHILLIP A. LINDER
Attorney for Defendant